ANNIE I. DAWSON, as Trustee, etc., Respondent, *v.* JOHN D. PARSONS, Impleaded, etc., Appellant.

(Argued February 27, 1893; decided March 14, 1893.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made November 22, 1892, which affirmed two orders of the Special Term, the last of which appointed a receiver of the assets of the firm of Weed, Parsons & Company.

The following is the *mem.* handed down herein:

"The court at Special Term had power and jurisdiction upon the facts appearing to appoint the receiver, and its order made in the exercise of its discretion, is not reviewable here.

"The appeal should be dismissed, with costs."

*Matthew Hale* and *Charles J. Buchanan* for appellant.

*Edward J. Meegan* and *Jacob H. Clute* for respondent.

*Per Curiam mem.* for dismissal of appeal.
All concur.
Appeal dismissed. _____

In the Matter of the Application of the TAYLOR IRON AND STEEL COMPANY, Appellant, *v.* CECIL CAMPBELL HIGGINS, an Attorney, to Compel him to Return Coupons Held by him as Attorney, Respondent.

(Argued February 27, 1893; decided March 14, 1893.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made November 18, 1892, which affirmed an order of Special Term, denying the prayer of the petitioner and ordering a referee to take testimony as to professional services alleged to have been rendered.

*William P. Fisher, Jr.,* for appellant.

*Cecil Campbell Higgins,* respondent, in person.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.